UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CIRO FABIO TOVAR, *individually and on behalf*     Index No 1:19-cv-03474-VSB
*of others similarly situated*

                        Plaintiff,

                                         STIPULATION

   -against-

THE EMPIRE SHOE REPAIRING CORP
(d/b/a EMPIRE SHOE REPAIR) and
GEORGE DZHURAYEV

                        Defendant.
------------------------------------------------------------x

**IT IS HEREBY STIPULATED** that the time for the defendants to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the Complaint in this action, be and the same hereby is extended to and including the 29th day of July 2019. Defendant waives jurisdictional defenses.

Faxed signatures shall be deemed originals.

Dated: Kew Gardens, New York
        June 27, 2019

Ileuv Yyakubov                                              Michael Faillace & Associates, PC
Yakubov Law                                                  Attorney for Plaintiff
Attorney for defendant                                       60 East 42nd Street, Suite 4510
By: Henry Graham, Esq., Of Counsel                           New York, NY 10165
80-02 Kew Gardens Road   Suite #300
Kew Gardens, New York 11415
(718) 793-1311

H:\Y\Yakubov, Leo\stipextendtimetoanswer.wpd