UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CIRO FABIO TOVAR, *individually and on behalf of others similarly situated*

                Plaintiff,

-against-

THE EMPIRE SHOE REPAIRING CORP
(d/b/a EMPIRE SHOE REPAIR) and
GEORGE DZHURAYEV

                Defendant.

------------------------------------------------------------x

Index No 1:19-cv-03474-VSB

STIPULATION

**IT IS HEREBY STIPULATED** that the time for the defendants to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the Complaint in this action, be and the same hereby is extended to and including the 29th day of July 2019. Defendant waives jurisdictional defenses.

Faxed signatures shall be deemed originals.

Dated: Kew Gardens, New York
       June 27, 2019

_____
Ileuv Yyakubov
Yakubov Law
Attorney for defendant
By: Henry Graham, Esq., Of Counsel
80-02 Kew Gardens Road   Suite #300
Kew Gardens, New York 11415
(718) 793-1311

_____
Michael Faillace & Associates, PC
Attorney for Plaintiff
60 East 42nd Street, Suite 4510
New York, NY 10165

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 7/2/2019

The parties are directed to review Rule 1(G) of my Individual Rules & Practices in Civil Cases ("Individual Rules"), which states that I "will not automatically grant stipulated agreements as to scheduling," and sets forth the requirements for all requests for adjournments and extensions of time. Any subsequent requests that do not comply with my Individual Rules will be denied.

H:\Y\Yakubov, Leo\stipextendtimetoanswer.wpd