UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
: 
CIRO FABIO TOVAR, *et al.*, :
:
                    Plaintiffs, :
: 19-cv-3474 (VSB)
       -against- :
: **ORDER**
THE EMPIRE SHOE REPAIRING CORP., :
*et al.*, :
:
                    Defendants. :
:
-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

     In light of the parties' proposed settlement agreement, the post-discovery conference set for January 17, 2020 is adjourned sine die.

SO ORDERED.

Dated:  January 13, 2020
         New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge